1  Bethany Stevens (SBN 245672)
2  bstevens@wscylaw.com
   Walker Stevens Cannom Yang LLP
3  500 Molino Street #118
4  Los Angeles, CA 90013
   Telephone: (213) 712-9145
5  Facsimile: (213) 403-4906

6
   *Attorneys for Plaintiff,*
7  *Blackbird Tech LLC d/b/a Blackbird Technologies*

8
9              UNITED STATES DISTRICT COURT
10          FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTH IN MOTION LLC, AND LEISURE FITNESS EQUIPMENT LLC,<br><br>    Defendants. | CASE NO.  2:17-cv-03488-R-GJS<br><br>**PLAINTIFF BLACKBIRD TECH LLC'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Manuel L. Real |
|---|---|

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice against defendants Health In Motion LLC and Leisure Fitness Equipment LLC.

DATED:  May 28, 2018

By: */s/ Bethany Stevens*
Bethany Stevens (SBN 245672)
Walker Stevens Cannom Yang LLP

*Attorneys for Plaintiff,*
*Blackbird Tech LLC*
*d/b/a Blackbird Technologies*