BUCHALTER
A Professional Corporation
WILLMORE F. HOLBROW III (SBN:  169688)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone:  213.891.0700
Facsimile:  213.896.0400
Email:     wholbrow@buchalter.com

*Attorney for Defendants Health In Motion LLC
and Leisure Fitness Equipment LLC*

BLACKBIRD TECHNOLOGIES
Wendy Verlander (*pro hac vice*)
One Boston Place, Suite 2600
Boston, MA  02108
Telephone:  617.307.7100
Facsimile:  617.307.7103
Email:     wverlander@blackbird-tech.com

*Attorney for Plaintiff Blackbird Tech LLC d/b/a
Blackbird Technologies*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH IN MOTION LLC, AND LEISURE FITNESS EQUIPMENT LLC,<br><br>Defendants. | Case No. 2:17-cv-03488-R-GJS<br><br>**JOINT STIPULATION TO ENFORCE LIABILITY OF SURETY ON SUPERSEDEAS BOND**<br><br>Courtroom of the Honorable Manuel L. Real |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 39555451v1

Defendants Health In Motion LLC and Leisure Fitness LLC (collectively, "HIM") and Plaintiff Blackbird Tech LLC dba Blackbird Technologies ("Blackbird") hereby stipulate and agree as follows:

1.      On September 10, 2018, the Court entered an Order granting HIM's motion for attorneys' fees and expenses in the amount of $363,342.80.  Dkt. 126.

2.      On September 12, 2018, Blackbird filed a Notice of Appeal of the order granting attorneys' fees.  Dkt. 127.

3.      On January 7, 2019, Blackbird filed Supersedeas Bond No. 3407181, issued by Suretec Insurance Company ("SureTec") in the amount of $420,000 as security to stay execution of the judgment in this matter.  Dkt. 136.  Also on January 7, 2019, Blackbird and HIM filed a joint stipulation for approval of supersedeas bond and staying execution of judgment pending appeal.  Dkt. 138.

4.      On January 19, 2019, the Court entered an Order approving the supersedeas bond and staying execution of judgment pending the appeal before the Federal Circuit Court of Appeals.  Dkt. 139.

5.      On December 16, 2019, the Federal Circuit Court of Appeals entered judgment affirming this Court's order granting attorneys' fees.  Dkt. 141.

6.      On December 30, 2019, HIM timely filed its bill of costs before the Federal Circuit Court of Appeals, seeking to tax $465.50 in costs against Blackbird. *See Blackbird Tech LLC v. Health in Motion LLC*, Fed. Cir. No. 2018-2393 (the "Appeal"), Dkt. 60.

7.      On January 15, 2020, HIM timely filed an application for reimbursement of $191,876.62 in attorneys' fees and costs incurred on appeal before the Federal Circuit Court of Appeals.  *See* Appeal, Dkt. 61.  HIM's application is currently pending. Blackbird has indicated it will be filing a petition for writ of certiorari with the U.S. Supreme Court, which it believes is due March 16, 2020. In the event HIM's application is granted, the total attorneys' fees and

2

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

JOINT STIPULATION TO ENFORCE LIABILITY OF
SURETY ON SUPERSEDEAS BOND

Case No. 2:17-cv-03488-R-GJS

BN 39555451v1

costs incurred by HIM, including post-judgment interest, will exceed the amount of the supersedeas bond. In the event HIM's application is denied or the requested amount is modified in any material respect, or if Blackbird's petition is resolved in its favor, the parties have agreed that the amount of the bond, in excess of the amount HIM is entitled to, if any, after the matter has been fully adjudicated, will be returned to Blackbird.

8.      On January 22, 2020, the Mandate of the Federal Circuit Court of Appeals was filed in this Court.  Dkt. 142.

9.      Within 10 business days of SureTec's receipt of the Order approving the Joint Stipulation to Enforce Liability of Surety on Supersedeas Bond AND the W9 form for Health in Motion LLC, SureTec will issue a claim check in the amount of $420,000.00 made payable to Health in Motion LLC.  The claim check will be mailed directly to Health in Motion LLC at the address provided on their W9 form.  Upon SureTec's payment of the $420,000.00 to Health in Motion LLC, and HIM's successful deposit of same, the supersedeas bond no. 3407181 is exonerated and SureTec is released from any and all liability under the supersedeas bond.

10.     Nothing in this Joint Stipulation shall preclude HIM from recovering an amount in excess of $420,000 from Blackbird.

Wherefore, pursuant to Federal Rule of Appellate Procedure 8(b), the Parties move the Court to enter an Order in favor of HIM against SureTec Insurance Company, as surety on the bond, for the full amount of the bond, namely $420,000.

.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

JOINT STIPULATION TO ENFORCE LIABILITY OF
SURETY ON SUPERSEDEAS BOND

Case No. 2:17-cv-03488-R-GJS

BN 39555451v1

1  DATED:  March 5, 2020          BUCHALTER
                                  A Professional Corporation
2

3

4                                 By:  /s/Willmore F. Holbrow III
                                       WILLMORE F. HOLBROW III
5                                      Attorney for Defendants

6
   DATED:  March 5, 2020          BLACKBIRD TECHNOLOGIES
7

8

9                                 By:  /s/Wendy Verlander
                                       WENDY VERLANDER
10                                     Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**JOINT STIPULATION TO ENFORCE LIABILITY OF
SURETY ON SUPERSEDEAS BOND**                    Case No. 2:17-cv-03488-R-GJS

BN 39555451v1